# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUAN LOPEZ-CASTRO, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-134 |
| v. | * | |
| WARDEN D. GREENWALT, | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Juan Lopez-Castro ("Lopez-Castro") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notation: "Return to Sender, Not at this Facility." Dkt. No. 13, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Lopez-Castro's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, and **DENIES as moot** Respondent's first Motion to Dismiss but **GRANTS**

AO 72A
(Rev. 8/82)

as **unopposed** Respondent's second Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Lopez-Castro *in forma pauperis* status on appeal.

    **SO ORDERED**, this ___3___ day of ___May___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA